IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | Case No. 7:14-CR-2-004(HL) |
| | * | |
| **KELLEY GOODWIN** | * | |

## ORDER PERMITING SELF-SURRENDER

Defendant Kelley Goodwin requested the court to allow her to self-surrender into the United States Marshals Service custody pursuant to 18 U.S.C. § 3142 and § 3143.  Ms. Goodwin is scheduled to voluntarily report to the Bureau of Prisons on August 20, 2014.  She does not have the financial resources to secure transportation to the designated facility.  This court **GRANTS** her request to self-surrender into the custody of the United States Marshals Service in lieu of reporting to the Bureau of Prison on August 20, 2014.  Kelley Goodwin must report to United States Marshals Service in Albany, Georgia on August 20, 2014 at 10:00 am.

So Ordered this  15th  day of August, 2014

       **s/ Hugh Lawson**
Honorable Hugh Lawson
Senior United States District Judge